UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| DANIEL WHITE, | ) | |
| Plaintiff, | ) ) ) | Civil No. 3:18-cv-00042-GFVT |
| v. | ) ) | |
| MSCB, INC., | ) ) | **JUDGMENT** |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant MSCB, Inc.'s Motions to Dismiss **[R. 8; R. 16]** are **GRANTED**;

2. Plaintiff Daniel White's Motion for Leave to Amend/Correct Complaint **[R. 10]** is **DENIED**;

3. Judgment is **ENTERED** in favor of Defendant;

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 29th day of August, 2019.

Gregory F. Van Tatenhove
United States District Judge